# Exhibit A

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
ASHOT MANUKYAN, ESQ. #285600
MANUKYAN LAW GROUP
4730 WOODMAN AVE., SUITE 405
SHERMAN OAKS, CA 91423
TELEPHONE NO: (818) 856-0606 FAX NO. (Optional): (818) 387-6893
E-MAIL ADDRESS (Optional): AMANUKYANLAW@GMAIL.COM
ATTORNEY FOR (Name): PLAINTIFF, ROUZZANNA AMROYAN

FOR COURT USE ONLY

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUL 19 2017

Sherri R. Carter, Executive Officer/Clerk
By: M. Soto, Deputy
Moses Soto

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 NORTH HILL STREET
MAILING ADDRESS: 111 NORTH HILL STREET
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: CENTRAL DISTRICT

PLAINTIFF: ROUZZANNA AMROYAN, an individual,

DEFENDANT: MACY'S CORPORATE SERVICES, INC., an Ohio corporation; M.A.C. COSMETICS, INC., a Delaware corporation; and

☑ DOES 1 TO 100 Inclusive,

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

☐ AMENDED (Number):

Type (check all that apply):

☐ MOTOR VEHICLE ☑ OTHER (specify): PREMISES LIABILITY
☐ Property Damage ☐ Wrongful Death
☑ Personal Injury ☐ Other Damages (specify):

Jurisdiction (check all that apply):

☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER:

BC 669137

1. Plaintiff (name or names): ROUZZANNA AMROYAN
alleges causes of action against defendant (name or names):
MACY'S CORPORATE SERVICES, INC.; M.A.C. COSMETICS, INC.; and DOES 1-100, Inclusive,
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

PLD-PI-001

| SHORT TITLE: Rouzzanna Amroyan vs. Macy's Corporate Services, Inc., et al. | CASE NUMBER: |
|---|---|

4. [ ] Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [✓] except defendant *(name):* Macy's Corp. Services
      (1) [ ] a business organization, form unknown
      (2) [✓] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

   b. [✓] except defendant *(name):* M.A.C. Cosmetics, Inc.
      (1) [ ] a business organization, form unknown
      (2) [✓] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

   c. [ ] except defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

   d. [ ] except defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

   [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [✓] Doe defendants *(specify Doe numbers):* 1-50, Inclusive were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [✓] Doe defendants *(specify Doe numbers):* 1-100, Inclusive are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [✓] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [✓] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other *(specify):*

9. [ ] Plaintiff is required to comply with a claims statute, and
   a. [ ] has complied with applicable claims statutes, or
   b. [ ] is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: Rouzzanna Amroyan vs. Macy's Corporate Services, Inc., et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    - a. ☐ Motor Vehicle
    - b. ☑ General Negligence
    - c. ☐ Intentional Tort
    - d. ☑ Products Liability
    - e. ☑ Premises Liability
    - f. ☐ Other *(specify):*

11. Plaintiff has suffered
    - a. ☑ wage loss
    - b. ☐ loss of use of property
    - c. ☑ hospital and medical expenses
    - d. ☑ general damage
    - e. ☐ property damage
    - f. ☑ loss of earning capacity
    - g. ☑ other damage *(specify):*

      Incidental Damages

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    - a. ☐ listed in Attachment 12.
    - b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    - a. (1) ☑ compensatory damages
    - (2) ☑ punitive damages

    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
    - (1) ☑ according to proof
    - (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: July 17, 2017

Ashot Manukyan, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Rouzzanna Amroyan v. Macy's Corporate Services, Inc., et al. | |

FIRST (number) **CAUSE OF ACTION—General Negligence** Page 4

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Rouzzanna Amroyan

alleges that defendant *(name)*: MACY'S CORPORATE SERVICES, INC., an Ohio corporation; M.A.C. COSMETICS, INC., a Delaware corporation; and

[✓] Does 1 to 100, Inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: July 22, 2015

at *(place)*: Macy's Department Store; 14000 Riverside Drive, Sherman Oaks, CA 91423

*(description of reasons for liability)*:

Defendants MACY'S CORPORATE SERVICES, INC. (hereinafter "MACY'S") and M.A.C. COSMETICS, INC. (hereafter "MAC") owe a duty of care to their patrons, to use reasonable care in assuring that its store's premises are safe for use by their patrons. Defendant MACY'S and MAC negligently and carelessly, owned, operated, managed, maintained, supervised and/or trained their employees so as to allow a hazardous condition, particularly a MAC makeup glass container to be sold in its broken state so as to shatter when Plaintiff attempted to open the glass container for the first time. The location where the the product was sold was at the MAC boutique inside MACY'S, existing within the Defendants' premises and under Defendants' control, maintenance, ownership, and/or supervision. By allowing such hazardous condition to persist inside the aforementioned premises, MACY'S and MAC'S negligence caused Plaintiff, ROUZZANNA AMROYAN, to sustain lacerations on her hand and sustain significant bodily injuries, medical bills, and pain and suffering while shopping at Defendants' store.

PLD-PI-001(4)

| SHORT TITLE: Rouzzanna Amroyan v. Macy's Corporate Services, Inc., et al. | CASE NUMBER: |
|---|---|

SECOND (number) **CAUSE OF ACTION—Premises Liability** Page 5

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* ROUZZANNA AMROYAN

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* July 22, 2015 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

Defendants MACY'S CORPORATE SERVICES, INC. and M.A.C. COSMETICS, INC. owe a duty of care to their patrons, to use reasonable care in assuring that their store's premises are safe for use by their patrons. Defendants negligently and carelessly, owned, operated, managed, maintained, supervised and/or trained their employees so as to allow a hazardous condition, particularly a MAC makeup glass container to be sold in its broken condition so as to cause it to shatter when Plaintiff attempted to open the glass container for the first time.

Prem.L-2. ☑ **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*

MACY'S CORPORATE SERVICES, INC., an Ohio corporation; M.A.C. COSMETICS, INC., a Delaware corporation; and

☑ Does 1 to 100

Prem.L-3. ☑ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

MACY'S CORPORATE SERVICES, INC., an Ohio corporation; M.A.C. COSMETICS, INC., a Delaware corporation; and

☑ Does 1 to 100

Plaintiff, a recreational user, was ☑ an invited guest ☐ a paying guest.

Prem.L-4. ☐ **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

☐ Does ____ to ____

a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☑ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

☑ Does 1 to 100

b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are ☐ described in attachment Prem.L-5.b ☐ as follows *(names):*

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Rouzzanna Amroyan v. Macy's Corporate Services, Inc., et al. | |

THIRD (number) **CAUSE OF ACTION—Products Liability** Page 6

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* ROUZZANNA AMROYAN

Prod. L-1. On or about *(date):* 7/22/2015 plaintiff was injured by the following product:

Mac Makeup glass container packaged by M.A.C. COSMETICS, INC. and purchased at Macy's Department store located at 14000 Riverside Drive, Sherman Oaks, CA 91423.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being

☑ used in the manner intended by the defendants.

☐ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a

☑ purchaser of the product. ☐ user of the product.

☐ bystander to the use of the product. ☐ other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. ☑ **Count One—Strict liability** of the following defendants who

a. ☑ manufactured or assembled the product *(names):*

M.A.C. COSMETICS, INC., and

☑ Does 1 to 100 Inclusive

b. ☑ designed and manufactured component parts supplied to the manufacturer *(names):*

M.A.C. COSMETICS, INC., and

☑ Does 1 to 100 Inclusive

c. ☑ sold the product to the public *(names):*

M.A.C. COSMETICS, INC.; MACY'S CORPORATE SERVICES, INC.; and

☑ Does 1 to 100 Inclusive

Prod. L-5. ☑ **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*

M.A.C. COSMETICS, INC. and MACY'S CORPORATE SERVICES, INC.

☑ Does 1 to 100 Inclusive

Prod. L-6. ☑ **Count Three—Breach of warranty** by the following defendants *(names):*

M.A.C. COSMETICS, INC. and MACY'S CORPORATE SERVICES, INC.

☑ Does 1 to 100 Inclusive

a. ☐ who breached an implied warranty

b. ☐ who breached an express warranty which was

☐ written ☐ oral

Prod. L-7. ☑ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are

☐ listed in Attachment-Prod. L-7 ☑ as follows:

M.A.C. COSMETICS, INC. and MACY'S CORPORATE SERVICES, INC. for failure to inspect and/or remove product from shelf which was available for sale to p